```
             IN THE UNITED STATES DISTRICT COURT
            FOR THE MIDDLE DISTRICT OF GEORGIA
                     COLUMBUS DIVISION
```

| | |
|---|---|
| L.A.A.C., | * |
|     Petitioner, | * |
| vs. | *   CASE NO. 4:25-cv-199-CDL-ALS |
| PAM BONDI, *et al*. | * |
|     Respondents. | * |

O R D E R

This matter is before the Court pursuant to Report and Recommendations by the United States Magistrate Judge entered on June 26, 2025 and July 25, 2025. There was no objection to either Recommendation as permitted by 28 U.S.C. § 636(b)(1). Therefore, the Court reviews the Recommendations for clear error. Finding no clear error, the Court adopts the Recommendations of the Magistrate Judge and makes them the order of this Court.

IT IS SO ORDERED, this 28th day of August, 2025.

                                        S/Clay D. Land
                                        CLAY D. LAND
                                        U.S. DISTRICT COURT JUDGE
                                        MIDDLE DISTRICT OF GEORGIA