IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| LUIS ALBERTO ALVAREZ CUAN, | * |
| Petitioner, | * |
| v. | Case No. 4:25-cv-199 (CDL) |
| | * |
| Attorney General PAM BONDI, *et al.*, | |
| | * |
| Respondents. | |
| | * |

## **J U D G M E N T**

Pursuant to this Court's Order dated August 28, 2025, having accepted the recommendation of the United States Magistrate Judge, in its entirety, JUDGMENT is hereby entered dismissing this action.

This 28th day of August 2025.

David W. Bunt, Clerk

s/ Timothy L. Frost, Deputy Clerk